Morris Kornblum, Appellant, v. The Travelers Insurance Company, Respondent.— Action by a policyholder for recovery of certain premium payments on policies of life insurance paid by the insured while he was disabled and before filing proof of said permanent disability. Order denying plaintiff's motion for summary judgment and granting defendant's cross-motion, and the judgment entered thereon dismissing the complaint, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.